UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ADAM A STONE, )<br>)<br>    Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent ) | 1:11-cv-00007-JAW<br>1:09-cr-00006-JAW-1 |

REPORT OF TELEPHONE CONFERENCE
AND ORDER

I held a telephone conference at Bangor, Maine, on Wednesday, October 12, 2011, commencing at 9:30 a.m. and concluding at 9:50 a.m., with the following counsel participating:

Charles W. Rankin, Esq. for Movant

F. Todd Lowell, AUSA, for the Government

I requested this conference with counsel to discuss Doc. No. 53, the Government's Motion to Clarify Order and to Conduct In Camera Review of Files. After discussion, I entered the following:

That part of the motion requesting clarification is **GRANTED.** I have reserved ruling on so much of the motion regarding my in camera review of files. Mr. Rankin will obtain the files in question from Ms. Virginia Villa. By October 26, 2011, he will provide the government's counsel with all documents that he does not view as requiring an assertion of the privilege by Stone (i.e. any documents that even arguably come within the range of the limited waiver or that otherwise could be disclosed without prejudice to Stone) and a privilege log identifying those documents he claims need not be produced. Mr. Lowell is granted leave to renew his motion for

an in camera review as to specific documents in dispute by November 1, 2011, following conferring with Rankin about the asserted privilege as to specific documents.

## CERTIFICATE

This report fairly reflects the actions taken at the hearing and shall be filed forthwith. Any objections to this report shall be filed in accordance with Fed.R.Civ.P. 72.

*So Ordered.*

October 12, 2011 /s/ Margaret J. Kravchuk
U.S. Magistrate Judge